# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>NOKIA SOLUTIONS AND NETWORKS OY,<br><br>        Defendant. | C.A. No. 19-CV-12251-ADB |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE
## STATEMENT OF NOKIA SOLUTIONS AND NETWORKS OY

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Nokia Solutions and Networks Oy states as follows. Nokia Solutions and Networks Oy is a Finnish company organized and existing under the laws of Finland. It is a wholly-owned subsidiary of Nokia Corporation, a publicly traded company organized and existing under the laws of Finland. Nokia Corporation is not owned by any parent corporation and no other publicly held corporation owns 10% or more of its stock.

        Respectfully submitted,

        NOKIA SOLUTIONS AND NETWORKS OY,

        By its attorneys,

        /s/ David Himelfarb
        David Himelfarb, BBO #649596
        dhimelfarb@mccarter.com
        John Allen, BBO # 673081
        jallen@mccarter.com
        McCarter English, LLP
        265 Franklin Street
        Boston, MA  02110
        Tel:  (617) 449-6500
        Fax: (617) 607-9200

February 5, 2020

2

**CERTIFICATE OF SERVICE**

    I, David Himelfarb, hereby certify that on this 5th day of February, 2020, a true copy of the above document was served on counsel for all parties through the Court's ECF/CM system.

                                           /s/ David Himelfarb
                                           David Himelfarb

Dated : February 5, 2020

ME1 32562619v.1