UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| COLLISION COMMUNICATIONS, INC., | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:19-cv-12251-ADB ) ) |
| NOKIA SOLUTIONS AND NETWORKS OY, | ) ) ) |
| Defendant. | ) ) |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Collision Communications states that it is a privately owned corporation, that it has no parent corporation, and that no publicly held corporation, owns 10% or more of its stock.

Respectfully submitted,

COLLISION COMMUNICATIONS,

/s/ Tyler Chapman
Tyler E. Chapman (BBO # 637852)
tchapman@toddweld.com
Maria Davis (BBO # 675447)
mdavis@toddweld.com
Tara D. Dunn (BBO # 699329)
tdunn@toddweld.com
Todd & Weld LLP
One Federal Street
Boston, MA 02110
Tel: 617-720-2626

Dated: February 5, 2020

## CERTIFICATE OF SERVICE

I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2020.

/s/ Tyler E. Chapman
Tyler E. Chapman