UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                       )
COLLISION COMMUNICATIONS, INC.,  )
                                                       )
                        Plaintiff,              )
                                                       )        C.A. No. 1:19-cv-12251-ADB
v.                                                     )
                                                       )
NOKIA SOLUTIONS AND NETWORKS  )
OY,                                                   )
                                                       )
                        Defendant.           )
_____)

## NOTICE OF DECISION IN RELATED LITIGATION

Plaintiff Collision Communications, Inc. is filing this notice solely for the purpose of attaching the decision of the Delaware Superior Court (LeGrow, J.) in the related case of *NOKIA SOLUTIONS, AND NETWORKS OY v. COLLISION COMMUNICATIONS, INC.,* Delaware Superior Court, C. A. No. N19C-10-262-AML. The decision is attached as Exhibit A, hereto. The Court may wish to consider this decision while the Court has the following motions under advisement: Nokia Solutions' Motion to Dismiss for Lack of Personal Jurisdiction (USDC Docket # 12); Nokia Solutions' Motion to Dismiss (USDC Docket # 16); and Nokia Solutions' Motion to Stay and Dismiss (USDC Docket # 18).

COLLISION COMMUNICATIONS, INC.

*/s/ Tyler Chapman*
Tyler E. Chapman (BBO # 637852)
tchapman@toddweld.com
Maria Davis (BBO # 675447)
mdavis@toddweld.com
Tara D. Dunn (BBO # 699329)
tdunn@toddweld.com
Todd & Weld LLP
One Federal Street
Boston, MA 02110
Tel: 617-720-2626

Dated:  May 12, 2020

**CERTIFICATE OF SERVICE**

I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent only to those indicated as non-registered participants on May 12, 2020.

*/s/ Tyler E. Chapman*
Tyler E. Chapman