# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA SOLUTIONS AND NETWORKS OY, <br><br> Defendant. | C.A. No. 1:20-cv-00949-LM |

## JOINT MEDIATION STATEMENT

The parties have not yet determined whether mediation will be productive. If the parties wish to engage in mediation, they will engage in private mediation before trial.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| COLLISION COMMUNICATIONS, INC. | NOKIA SOLUTIONS AND NETWORKS OY, |
| By Its Attorneys, | By Its Attorneys, |
| /s/ Brooke Lovett Shilo | /s/ David Himelfarb |
| Daniel V. Ward, admitted *pro hac vice* | David Himelfarb, NHBA # 19754 |
| Samuel Brenner, admitted *pro hac vice* | John M. Allen, admitted *pro hac vice* |
| ROPES & GRAY LLP | MCCARTER & ENGLISH, LLP |
| Prudential Tower | 265 Franklin Street |
| 800 Boylston Street | Boston, MA 02110 |
| Boston, MA 02199-3600 | dhimelfarb@mccarter.com |
| daniel.ward@ropesgray.com | jallen@mccarter.com |
| samuel.brenner@ropesgray.com | Tel: (617) 449-6500 |
| Tel: (617) 951-7000 | |
| | Nicholas T. Matich, admitted *pro hac vice* |
| Steven Pepe, admitted *pro hac vice* | MCKOOL SMITH PC |
| Kevin Post, admitted *pro hac vice* | 1100 15th Street, NW, - 5th Floor |

Cassandra B. Roth, admitted *pro hac vice*
Jolene Wang, admitted *pro hac vice*
Brian Lebow, admitted *pro hac vice*
Matthew Shapiro, admitted *pro hac vice*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
cassandra.roth@ropesgray.com
jolene.wang@ropesgray.com
brian.lebow@ropesgray.com
matthew.shapiro@ropesgray.com
Tel: (212) 596-9000

Kathryn C. Thornton, admitted *pro hac vice*
Nicole S. L. Pobre, admitted *pro hac vice*
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
kathryn.thornton@ropesgray.com
nicole.pobre@ropesgray.com
Tel: (202) 508-4600

James R. Batchelder, admitted *pro hac vice*
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
james.batchelder@ropesgray.com
Tel: (650) 617-4000

Brooke Lovett Shilo, NHBA #20794
Russell F. Hilliard, NHBA #1159
UPTON & HATFIELD, LLP
10 Centre Street
Concord, NH 03302-1090
bshilo@uptonhatfield.com
rhilliard@uptonhatfield.com
Tel: (603) 224-7791

Washington, DC 20005
nmatich@mckoolsmith.com
Tel: (202) 370-8300

Warren Lipschitz, admitted *pro hac vice*
MCKOOL SMITH PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
wlipschitz@mckoolsmith.com
Tel: (214) 978-4000

Dated: September 20, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing was this day forwarded via the Court's Electronic Filing System to all counsel of record.

Dated:  September 20, 2022                         /s/ Brooke Lovett Shilo
                                                                                Brooke Lovett Shilo